**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7457**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EMMANUEL OKOLI,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-91-305, CA-01-1919-JFM)

———————————

Submitted:  October 4, 2001          Decided:  October 12, 2001

———————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Emmanuel Okoli, Appellant Pro Se.  Stephen Matthew Schenning, United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmaneul Okoli seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Okoli, Nos. CR-91-305; CA-01-1919-JFM (D. Md. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED